UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-1321-RBD-EJK

HOWARD COHAN,

    Plaintiff,

vs.

CAVALIER FLORIDA LP
a Florida Limited Partnership
d/b/a LA QUINTA INN #180

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Voluntary Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED July 25, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel in this action via email to HNorvell@lockelord.com.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**